# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| MOZY JAHANGUIRI | § | |
| | § | |
| | § | |
| V. | § | CASE NO. 4:09-CV-587 |
| | § | (Judge Schneider/Judge Mazzant) |
| UNITED STATES POST OFFICE | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On January 5, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction under Rule 12(b)(1), for Lack of Personal Jurisdiction under Rule 12(b)(2), and for Insufficient Service of Process under Rule 12(b)(5) (Dkt. #6) should be granted.

The Court has made a *de novo* review of the objections raised by Defendant, as well as Plaintiff's letter response to the Report and Recommendation. Having considered the objections and response, Court hereby adopts, in part, the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction under Rule 12(b)(1), for Lack of Personal Jurisdiction under Rule 12(b)(2), and for Insufficient Service of Process under Rule 12(b)(5) (Dkt. #6) is **GRANTED.**

**IT IS SO ORDERED.**

**SIGNED** this 25th day of January, 2010.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE